IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEAN REYES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-570 SLR |
| | ) |
| PERDUE FARMS INCORPORATED, a Maryland corporation, | ) |
| | ) |
| Defendant. | ) |

## **ANSWER**

Defendant Perdue Farms Incorporated, by and through its undersigned counsel, hereby answer Plaintiff's Complaint as follows:

1. Defendant is without knowledge sufficient to form a belief as to truth or falsity of the allegation in this Paragraph and therefore it is denied.

2. Admitted.

3. Admitted.

4. Admitted.

5. The allegations in this Paragraph state legal conclusions requiring no response. To the extent a response is required, denied.

6. Admitted.

7. Defendant admits Plaintiff seeks relief for under the Family and Medical Leave Act (FMLA) and under state law. It is specifically denied that Defendant engaged in any form of unlawful interference or retaliation. It is further denied that Plaintiff is entitled to any relief.

8. Denied.

9. Denied.

10. Admitted.

11. Admitted.

2

12. Admitted that Plaintiff suffered an injury in November 2005 and subsequently filed a claim for workers' compensation benefits. The remainder of the allegation is denied.

13. Admitted.

14. Denied.

15. Denied.

16. Defendant is without knowledge sufficient to form a belief as to truth or falsity of the allegation in this Paragraph and therefore it is denied.

17. Denied that Plaintiff submitted a leave request under the FMLA. Defendant is without knowledge sufficient to form a belief as to truth or falsity of the remainder of the allegation in this Paragraph and therefore it is denied.

18. Denied.

19. Defendant is without knowledge sufficient to form a belief as to truth or falsity of the allegation in this Paragraph and therefore it is denied.

20. Denied.

21. Defendant is without knowledge sufficient to form a belief as to truth or falsity of the allegation in this Paragraph and therefore it is denied.

22. Denied.

23. Denied.

24. Denied.

25. Admitted that Plaintiff was terminated for failing to report to work. The remainder of the allegation is denied.

26. Denied.

27. Denied.

28. Denied.

DB02:6368324.1                                                                                                                                    066825.1003

## COUNT I

29. Defendant incorporates the preceding answers as if stated fully herein.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

## COUNT II

34. Defendant incorporates the preceding answers as if stated fully herein.

35. Denied.

36. Denied.

37. Denied.

## AFFIRMATIVE DEFENSES

A. The Complaint fails to state a claim upon which relief can be granted.

B. Defendant's actions were taken for legitimate business reasons that were non-discriminatory.

C. Plaintiff has failed to mitigate his damages.

D. Plaintiff's claims are barred in whole or part by the applicable statute of limitations.

E. Plaintiff was not an "eligible employee" under the FMLA.

F. Plaintiff failed to provide adequate and/or reasonable notice under the FMLA.

G. Defendant acted in good faith at all relevant times.

WHEREFORE, Defendants respectfully request that this action be dismissed with prejudice, with costs and attorneys' fees assessed against Plaintiff.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/   Scott A. Holt
Scott A. Holt, Esquire (No. 3399)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6623
Facsimile: (302) 576-3299
Email:  sholt@ycst.com

Attorneys for Defendant

Dated:  November 14, 2007