IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEAN REYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-570-SLR |
| | ) |
| PERDUE FARMS, INC., | ) |
| | ) |
| Defendant. | ) |

# SCHEDULING ORDER

At Wilmington this 3rd day of January 2008, the parties having satisfied their obligations under Fed. R. Civ. P. 26 (f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by January 31, 2008 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

    (a) Discovery will be needed on the following subjects: circumstances surrounding Plaintiff's request for leave in 2007 and termination of Plaintiff's employment; Plaintiff's entitlement to leave and Defendant's policies regarding leave; Plaintiff's work environment following his work-related injury; Plaintiff's wages and benefits.

    (b) All discovery shall be commenced in time to be

completed by July 31, 2008.

(c) Maximum of 25 interrogatories by each party to any other party.

(d) Maximum of 25 requests for admission by each party to any other party.

(e) Maximum of 10 depositions by plaintiff and 10 by defendant.

(f) Each deposition other than of Plaintiff limited to a maximum of 6 hours unless extended by agreement of parties; Plaintiff's deposition limited to a maximum of 10 hours.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by May 30, 2008. Rebuttal expert reports due by June 30, 2008.

(h) **Discovery Disputes**. Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before March 31, 2008.

4. **Settlement Conference.** Pursuant to 28 U.S.C. 636, this matter is referred to a Magistrate Judge for the purposes of

exploring ADR.

    5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before September 12, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

    6. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliever copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

    7. **Motions in Limine.** All motions in limine shall be filed on or before **[two weeks before pretrial conference]**. All responses to said motions shall be filed on or before **[one week before pretrial conference]**.

    8. **Pretrial Conference.** A pretrial conference will be held on _____ at _____ m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

    9. **Trial.** This matter is scheduled for a four-day bench/jury trial commencing on _____ in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

 

                                            _____
                                            United States District Judge