## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEAN REYES, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-570-SLR |
| PERDUE FARMS, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **24th** day of **January, 2008** .

IT IS ORDERED that a teleconference has been scheduled for **Monday, January 28, 2008 at 11:00 a.m.** with Magistrate Judge Thynge to discuss mediation and the tentative mediation date of February 11, 2008. **Defense counsel shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE