IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEAN REYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-570 SLR |
| | ) | |
| PERDUE FARMS INCORPORATED, a | ) | |
| Maryland Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Scott A. Holt, hereby certify that on Wednesday, January 30, 2008, copies of

**Defendant's Initial Disclosures Pursuant to Rule 26(a)** were served by **U.S. First Class Mail**

on the following:

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P. O. Box 497
Dover, DE  19903


YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/   *Scott A. Holt*
Scott A. Holt, Esquire (No. 3399)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6623
Facsimile: (302) 576-3299
Email:  sholt@ycst.com
Attorneys for Defendant


DATED:   January 30, 2008