IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEAN REYES, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>PERDUE FARMS, INC., )<br>)<br>Defendant. ) | Civil Action No. 07-570-SLR |

**NOTICE OF SERVICE**

I, Noel E. Primos, hereby certify that on Thursday, January 31, 2008, copies of **Plaintiff's Initial Disclosures Made Pursuant To Fed. R. Civ. P. 26(a) (1)** were served by **Regular Mail** on the following:

        Scott A. Holt, Esquire
        Young Conaway Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899-0391

        SCHMITTINGER & RODRIGUEZ, P.A.

        _/s/__Noel E. Primos_____
        NOEL E. PRIMOS, ESQUIRE
        Bar I.D. #3124
        414 S. State Street
        P.O. Box 497
        Dover, DE 19903
        (302) 674-0140
        Attorney for Plaintiff

DATED: 01-31-2008

NEP/wsm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEAN REYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-570-SLR |
| | ) |
| PERDUE FARMS, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**Notice of Plaintiff's Initial Disclosures Made Pursuant To Fed. R. Civ. P. 26(a)(1)**

to be served upon:

Scott A. Holt, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

via regular mail to the address shown above and electronic filing on January 31, 2008.

SCHMITTINGER & RODRIGUEZ, P.A.

___/s/__Noel E. Primos_____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiff

DATED: 01-31-2008

NEP/wsm