# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEAN REYES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civ. No. 07-570-SLR |
| | : |
| PERDUE FARMS, INC., | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **28th** day of **January, 2008,**

IT IS ORDERED that the mediation conference scheduled for Monday, February 11, 2008 beginning at 10:00 a.m. is canceled.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE