IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEAN REYES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-570 SLR |
| | ) |
| PERDUE FARMS INCORPORATED, a Maryland corporation, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

WHEREAS, on September 20, 2007 Plaintiff Dean Reyes commenced the above action against Defendant Perdue Farms Incorporated in the United States District Court for the District of Delaware alleging violations of the Family and Medical Leave Act (FMLA), 29 U.S.C. § 2601 *et seq*., and asserting various state law claims; and

WHEREAS, Defendant answered the complaint denying all the material allegations contained therein; and

WHEREAS, the Defendant and Plaintiff have reached a written agreement as to the complete and final settlement of this litigation, including, but not limited to, a release of all claims brought under the FMLA against the Defendant;

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the above-captioned action shall be dismissed with prejudice, and that Plaintiff hereby releases Defendant from any and all claims he has or may have under the FMLA; and

IT IS FURTHER STIPULATED that with Plaintiff and Defendant shall bear their own respective costs and attorneys' fees.

SCHMITTINGER & RODRIGUEZ, P.A.        YOUNG CONAWAY STARGATT & TAYLOR, LLP

____/s/_____        ____/s/_____
Noel E. Primos, Esquire (No. 3124)        Scott A. Holt (No. 3399)
414 S. State Street                                  The Brandywine Building, 17th Floor
P.O. Box 497                                          1000 West Street
Dover, DE 19903                                    Wilmington, Delaware 19801
(302) 674-0140                                       (302) 571-6623
                                                             sholt@ycst.com
Attorneys for Plaintiff
                                                             Attorneys for Defendant

SO ORDERED AND APPROVED this ___ day of _____ 2008,

_____
Judge Susan L. Robinson